THE PEOPLE OF THE STATE OF NEW YORK ex rel. NAIRN CORPORATION, Respondent, against HARRY B. CHAMBERS et al., Constituting the Tax Commission of the City of New York, Appellants. [860–868 First Ave. and 401–403 E. 48th St., Borough of Manhattan.] — Order unanimously reversed, with $20 costs and disbursements to the appellants, and the assessments of the tax commission reinstated and confirmed on the ground that the evidence supports the values fixed by the tax commission for the years involved. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.

JACOB ROSENFELD, Appellant, v. COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSOCIATION OF AMERICA, Respondent.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.

In the Matter of the City of New York, Respondent, Acting for and on Behalf of the New York City Housing Authority, Relative to Acquiring Title to Real Property within the Area Bounded by Park Avenue and Other Streets in the Borough of Manhattan, City of New York, Duly Selected as a Site for the Abraham Lincoln Houses. SAMOAR CONST. CORP., Appellant.— Second partial and separate final decree, so far as appealed from, unanimously modified by increasing the award for the buildings on Damage Parcel No. 44 to the sum of $40,000, and as so modified affirmed, with costs and disbursements to the appellant. No opinion. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.

ARNOLD HARTSTEIN, Appellant, v. DAVID GLUCK, Respondent.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion denied, with leave to the defendant to answer within ten days after service of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.

THOMAS G. CROWE, Respondent, v. ELMHURST CONTRACTING Co., INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ. [191 Misc. 585.] [See 274 App. Div. 782.]

JOSEPH SEIDL, Respondent, v. ANN H. SEIDL, Appellant.— Judgment, so far as appealed from, unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.

FLORENCE C. CLUIN, as Administratrix of the Estate of EDMUND C. CLUIN, Deceased, Respondent, v. LA SALLE ENTERPRISES, INC., et al., Defendants, and GEORGE M. CLARKE, Individually and as Trustee under the Will of GERTRUDE R. WILSON, Deceased, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BERT GONCI, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.

JOANETTE JUNIORS, INC., Respondent, v. BOARD OF HOME MISSIONS OF THE CONGREGATIONAL AND CHRISTIAN CHURCHES, Appellant.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion granted. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.

GASOFF REALTY CORP., Appellant, v. SERVAL FOOD EXCHANGE, INC., et al., Respondents.— Determination unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.